In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-417 CV


____________________



IN RE GOLDEN TRIANGLE CONVALESCENT CENTER a/k/a 


AMERICAN MEDICAL FACILITIES







Original Proceeding






MEMORANDUM OPINION (1)


 On September 8, 2003, Golden Triangle Convalescent Center a/k/a American
Medical Facilities filed its petition for writ of mandamus. We stayed trial of the
underlying case on September 9, 2003. The parties subsequently resolved the dispute. On
September 30, 2003, the relator filed a motion to dismiss the petition.

 Accordingly, our order of September 9, 2003, is vacated and this original
proceeding is dismissed without reference to the merits.

 WRIT DISMISSED. 

 PER CURIAM


Opinion Delivered October 2, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.